### 60741. NORMAN v. THE STATE.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED OCTOBER 8, 1980 — DECIDED OCTOBER 31, 1980 —

*Michael E. Hancock,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.